Submitted on briefs August 24, reversed and remanded
September 28, 1972

STATE OF OREGON, *Respondent, v.*
ROBERT EDWARD OLIVER
(No. 72-20), *Appellant.*
501 P2d 78

Michael K. Friel, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

PER CURIAM.

On April 18, 1972, pursuant to Notice of Mental
Illness dated April 17, 1972, and the reports of two
examining physicians which showed Robert Edward
Oliver was hallucinating and was schizophrenic, he
was committed to Oregon State Hospital as a mentally
ill person. He appealed this judgment on May 16, 1972.
The record discloses that the minimum due process
requirements pronounced necessary in Oregon in *State
v. Collman,* 9 Or App 476, 497 P2d 1233 (1972), were
not accorded Oliver. The state has filed no brief, ap-
parently conceding error.

Reversed and remanded.